**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **SYMBOLOGY INNOVATIONS, LLC,** § § | |
| **Plaintiff,** § § | **Civil Action No. 2:15-CV-1171** |
| v. § § | |
| **THE ALLSTATE CORPORATION, et al** § § | |
| **Defendants.** § | |

**ORDER GRANTING UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE THE ALLSTATE CORPORATION**

On this day came Plaintiff Symbology Innovations, LLC's Unopposed Motion to Dismiss Defendant The Allstate Corporation Without Prejudice. After consideration of the same, the Court grants said motion and dismisses, WITHOUT prejudice, The Allstate Corporation from this case.

**SIGNED this 16th day of October, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE