# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| SYMBOLY INNOVATIONS, LLC | § | |
| | § | |
| Plaintiff, | § | Case No: 2:15-cv-01169-RWS-RSP |
| | § | |
| vs. | § | LEAD CASE |
| | § | |
| ADAMS EXTRACT | § | |
| | § | |
| Defendant. | § | |
| _____ | § | |
| SYMBOLY INNOVATIONS, LLC | § | |
| | § | |
| Plaintiff, | § | Case No: 2:15-cv-01171-JRG-RSP |
| | § | |
| vs. | § | CONSOLIDATED CASE |
| | § | |
| ALLSTATE INSURANCE COMPANY | § | |
| | § | |
| Defendant. | § | |

**ORDER**

On this day the Court considered the Unopposed Motion to Dismiss Allstate Insurance Company. It is therefore ORDERED that all claims by and between parties are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

**SIGNED this 6th day of April, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE